IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| UNITED STATES OF AMERICA, | ) |  |
|---|---|---|
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) |  |
| v. | ) | NO. 10-cv-939-JPG-SCW |
|  | ) |  |
| HARLEY DAVIDSON SOFTAIL DEUCE MOTORCYCLE, ONE 2006, VIN#1HD1JBB156Y042949, | ) ) ) |  |
|  | ) |  |
| Defendant. | ) |  |

## JUDGMENT IN A CIVIL CASE

The Court having been advised by counsel for the parties that the above action has been settled;

**IT IS ORDERED AND ADJUDGED** that this case is dismissed with prejudice, without costs.

**DATED:** January 13, 2012

               **NANCY ROSENSTENGEL, Clerk of Court**

               **BY:** s/Brenda K. Lowe, Deputy Lowe

**APPROVED:** *s/J. Phil Gilbert*
       J. PHIL GILBERT
       U. S. DISTRICT JUDGE